**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

SpectraNet Technologies LLC
Plaintiff,
v.
Case No.: 1:26−cv−05838
Honorable Andrea R. Wood
IMC−Chicago, LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's unopposed motion to reassign cases under Local Rule 40.4 [27] is granted. The Court finds case numbers 26−cv−5857, SpectraNet Technologies LLC v. Optiver Holding B.V., et al., 26−cv−5866, Spectra Net Technologies LLC v. Jump Financial LLC, et al., and 26−cv−5870, SpectraNet Technologies LLC v. Raft Technologies Ltd, et al. to be related to this matter under LR 40.4 and should be reassigned to the calendar of Judge Wood. Those cases shall be forwarded to the Executive Committee for reassignment. Once reassigned, they will remain as separate cases but be placed onto the same status hearing track. Plaintiff's second agreed motion for extension of time [31] is granted. Telephonic initial status hearing set for 9/9/2026 is stricken and reset for 10/6/2026 at 10:30 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The parties are directed to meet and conduct a planning conference pursuant to Federal Rule of Civil Procedure 26(f). At least seven days before the initial status hearing, the parties shall file a joint written status report, not to exceed five pages in length. The initial status report shall provide the information described on the Court's website at www.ilnd.uscourts.gov under District Judges, Judge Andrea R. Wood, Initial Status Conference. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.