**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC.,<br><br>Plaintiff,<br><br>v.<br><br>IMC-CHICAGO, LLC d/b/a IMC TRADING; IMC AMERICAS, INC.; IMC GLOBAL HOLDINGS LLC; RCA TELECOM LLC; and TOGGLE COMMUNICATIONS LLC<br><br>Defendants. | Case No. 1:26-CV-05838<br><br>Hon. Andrea R. Wood<br><br>**HEARING REQUESTED** |

**IMC DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendants IMC-Chicago, LLC d/b/a IMC Trading; IMC Americas, Inc.; IMC Global Holdings LLC; RCA Telecom LLC; and Toggle Communications LLC (collectively, "IMC") request that the Court dismiss Plaintiff SpectraNet Technologies LLC's ("SpectraNet") Complaint. Count I alleges infringement of U.S. Patent No. 10,959,123 (the "'123 patent"), Count II alleges infringement of U.S. Patent No. 11,516,694 (the "'694 patent"), and Count III alleges infringement of U.S. Patent No. 12,414,002 (the "'002 patent").

The Court should dismiss Counts I–III under Fed. R. Civ. P. 12(b)(6) for failure to state claim upon which relief can be granted for the reasons set forth in IMC's Memorandum of Law filed concurrently herewith.

**Request For Hearing**

Pursuant to this Court's procedures, IMC respectfully requests the Court schedule a hearing on this Motion.

Dated: September 25, 2026

Respectfully submitted,

/s/ *Brian Sodikoff*
Brian Sodikoff
Matthew T. Messina
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
312.902.5200
brian.sodikoff@katten.com
matthew.messina@katten.com

Christopher B. Ferenc (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Ave., NW., Suite 800
Washington, DC 20006
202.625.3647
christopher.ferenc@katten.com

*Attorneys for Defendants IMC-Chicago, LLC d/b/a IMC Trading; IMC Americas, Inc.; IMC Global Holdings LLC; RCA Telecom LLC; and Toggle Communications LLC*