**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC.,<br><br>Plaintiff,<br><br>v.<br><br>IMC-CHICAGO, LLC d/b/a IMC TRADING; IMC AMERICAS, INC.; IMC GLOBAL HOLDINGS LLC; RCA TELECOM LLC; and TOGGLE COMMUNICATIONS LLC<br><br>Defendants. | Case No. 1:26-CV-05838<br><br>Hon. Andrea R. Wood |

**DECLARATION OF MATTHEW T. MESSINA**
**IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF**
**THEIR MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

I, Matthew T. Messina, declare as follows:

I am a member in good standing of the bar of the State of Illinois and am an associate at Katten Muchin Rosenman LLP, counsel for Defendants IMC-Chicago, LLC d/b/a IMC Trading, IMC Americas, Inc., IMC Global Holdings LLC, RCA Telecom LLC, and Toggle Communications LLC (collectively, "IMC") in this action. I respectfully submit this Declaration in support of Defendants' Reply Memorandum in Support of Their Motion to Dismiss Pursuant to Rule 12(b)(6), which is filed herewith.

1. Attached hereto as **Exhibit 1** is a is a true and correct copy of the examiner's Non-Final Rejection from the file history of U.S. Patent No. 12,414,002, dated March 17, 2025, with highlighting added.

2. Attached hereto as **Exhibit 2** is a is a true and correct copy of the applicant's electronic terminal disclaimer from the file history of U.S. Patent No. 11,516,694, dated March 18, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my present knowledge and belief.

Executed: November 6, 2026
Chicago, Illinois

*/s/ Matthew T. Messina*
Matthew T. Messina